**Order entered July 28, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00204-CV

### IN THE INTEREST OF J.T.S. AND J.R.S., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-02901**

## ORDER

By order entered June 12, 2017, we directed appellant to file an amended brief no later than July 12, 2017. To date, however, the brief has not been filed. Accordingly, we **ORDER** appellant to file the brief no later than August 8, 2017. Appellant is cautioned that failure to comply may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/  CRAIG STODDART
    JUSTICE